IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:18-cr-186 |
| | ) | |
| Plaintiff, | ) | (Judge Thomas M. Rose) |
| | ) | |
| v. | ) | |
| | ) | |
| BRIAN HIGGINS, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S VERIFICATION OF NO PASSPORT

| | | |
|---|---|---|
| State of Ohio | ) | |
| | ) SS: | <u>AFFIDAVIT</u> |
| County of Montgomery | ) | |

I, Brian E. Higgins, Defendant in the above captioned case, hereby verify and swear under the pains and penalty of perjury that I turned my passport in to the State of Ohio in 2018.

FURTHER AFFIANT SAYETH NAUGHT

*[signature]*
BRIAN E. HIGGINS