IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:18-cr-186 |
| | ) | |
| Plaintiff, | ) | (Judge Thomas M. Rose) |
| | ) | |
| v. | ) | |
| | ) | |
| BRIAN HIGGINS, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE

Now comes Defendant, by and through counsel, and hereby moves this Honorable Court for a continuance of the Trial scheduled to begin June 24, 2019. The grounds for said motion are that discovery was received last week and is found to contain approximately 121 items that need detailed review and investigation. Included within the material are hours of audio and videotape evidence. The Assistant United States Attorney has no objection to this request.

This is Motion is signed by Mr. Higgins. He has been explained the consequences of said Motion, and he concurs in this request. Due to a conflict that has arisen with counsel's schedule, it is respectfully requested that this matter be heard at a date and time other than the final pretrial currently scheduled for May 31, 2019, at 10:30 a.m.

Wherefore, Defendant prays this Court will grant a continuance of the trial.

Respectfully submitted,

/s/Anthony R. Cicero
ANTHONY R. CICERO #0065408
ATTORNEY FOR DEFENDANT
CiceroAdams, LLC
500 East Fifth Street
Dayton, Ohio 45402
937.424.5390 phone
937.424.5393 facsimile
tonycicero@gocicero.com

Brian Higgins

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the Assistant U.S. Attorney, 602 Federal Building, 200 West Second Street, Dayton, Ohio 45402.

/s/Anthony R. Cicero
ANTHONY R. CICERO #0065408
CiceroAdams, LLC
500 East Fifth Street
Dayton, Ohio 45402
937.424.5390 phone
937.424.5393 facsimile
tonycicero@gocicero.com
ATTORNEY FOR DEFENDANT

2