IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN OHIO DISTRICT
WESTERN DIVISION

United States of America,

    Plaintiff,

v.

    Case No. 3:18-CR-186
    Judge Thomas M. Rose

Brian Higgins,

    Defendant.

## ORDER

This matter is before the Court on Defendant's Motion for Appointment of Co-Counsel (ECF No. 42). The Court deems this case extremely difficult and finds that in the interests of justice the appointment of an additional attorney is necessary. The Court finds Defendant's Motion for Appointment of Co-Counsel (ECF No. 42) is well-taken and **GRANTS** the same.

**IT IS THE ORDER OF THE COURT** that attorney Paul Laufman, of the Criminal Justice Act (CJA) Panel for the Southern District of Ohio, be appointed as Co-Counsel as of September 23, 2020.

**DONE** and **ORDERED** in Dayton, Ohio, this 29th day of September 2020.

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT