```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                           AT DAYTON


_____
                                   )
UNITED STATES OF AMERICA,          )
                                   )
                    Plaintiff,     ) CASE NO. 3:18-cr-186-TMR
                                   )
              -vs-                 )
                                   )
BRIAN HIGGINS,                     ) MOTION TO CONTINUE
                                   )
                    Defendant.     )
_____)



                    TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE THOMAS M. ROSE,
          UNITED STATES DISTRICT JUDGE, PRESIDING
                 THURSDAY, FEBRUARY 6, 2020
                        DAYTON, OH
```

**APPEARANCES:**

**For the Plaintiff:**        BRENT TABACCHI, ESQ.
                              U.S. Attorney's Office
                              200 W. Second Street
                              Room 602
                              Dayton, OH  45402


**For the Defendant:**        ANTHONY R. CICERO, ESQ.
                              Attorney at Law
                              500 East Fifth Street
                              Dayton, OH  45402


     Proceedings recorded by mechanical stenography,
transcript produced by computer.

                  **Mary A. Schweinhagen, RDR, CRR**
                   Federal Official Court Reporter
                       200 West Second Street
                        Dayton, OH  45402
                         *** *** *** **

| | | |
|---|---|---|
| 01:58:59 | 1 | P-R-O-C-E-E-D-I-N-G-S                              1:59 P.M. |
| 01:58:59 | 2 | THE COURT: We're before the Court this afternoon in |
| 01:59:03 | 3 | the matter of the United States of America versus Brian |
| 01:59:06 | 4 | Higgins. This is Case Number 3-18-cr-186. And this matter |
| 01:59:13 | 5 | was previously set for a final pretrial. It's my |
| 01:59:17 | 6 | understanding, however, that there is a motion at this time to |
| 01:59:21 | 7 | be made before the Court. |
| 01:59:24 | 8 | Counsel -- first, let me have counsel enter their |
| 01:59:27 | 9 | appearance, please. |
| 01:59:28 | 10 | MR. TABACCHI: Good afternoon, Your Honor. Brent |
| 01:59:30 | 11 | Tabacchi on behalf of the United States. |
| 01:59:31 | 12 | MR. CICERO: Tony Cicero on behalf of Brian Higgins. |
| 01:59:34 | 13 | THE COURT: All right. Mr. Cicero. |
| 01:59:36 | 14 | MR. CICERO: As we discussed in chambers, Your |
| 01:59:38 | 15 | Honor, at this time we would move to continue this matter. I |
| 01:59:40 | 16 | will follow that up with a written motion that details a lot |
| 01:59:45 | 17 | of what we discussed in chambers and have that signed by my |
| 01:59:48 | 18 | client as well and file that on the Court's docket. |
| 01:59:52 | 19 | THE COURT: And I'm assuming, as indicated in |
| 01:59:55 | 20 | chambers, that the purpose for -- broadly or generally the |
| 02:00:01 | 21 | purpose for the continuance is the necessity of receiving, |
| 02:00:06 | 22 | analyzing, and making some determination with regard to the |
| 02:00:09 | 23 | discovery; is that right? |
| 02:00:10 | 24 | MR. CICERO: That's absolutely correct, Your Honor. |
| 02:00:14 | 25 | THE COURT: And, Mr. Cicero, you have talked with |

| | | |
|---|---|---|
| 02:00:18 | 1 | Mr. Higgins.  Mr. Higgins understands that this motion does |
| 02:00:23 | 2 | waive or gives up or tolls any and all time requirements that |
| 02:00:31 | 3 | are a requirement of this Court or the government to try |
| 02:00:34 | 4 | Mr. Higgins within a certain period of time; namely, his |
| 02:00:37 | 5 | speedy trial rights? |
| 02:00:38 | 6 |        MR. CICERO:  He understands that, Judge. |
| 02:00:40 | 7 |        THE COURT:  And he still wishes the Court to grant |
| 02:00:42 | 8 | the continuance? |
| 02:00:42 | 9 |        MR. CICERO:  That's correct. |
| 02:00:43 | 10 |        THE COURT:  How about that, Mr. Higgins? |
| 02:00:45 | 11 |        THE DEFENDANT:  Yes, Your Honor. |
| 02:00:45 | 12 |        THE COURT:  You understand that everybody's entitled |
| 02:00:49 | 13 | to be tried within a certain period of time, and that clock |
| 02:00:51 | 14 | runs.  One of the things that can stop that clock from running |
| 02:00:57 | 15 | is a motion by the defendant to continue the matter. |
| 02:01:00 | 16 |        THE DEFENDANT:  Yes, Your Honor. |
| 02:01:01 | 17 |        THE COURT:  And if that matter is -- if I grant a |
| 02:01:03 | 18 | motion to continue, from the date of the motion, which would |
| 02:01:06 | 19 | be here today, because I'm first hearing of this by oral |
| 02:01:11 | 20 | motion to be followed by a memorialization of that motion in |
| 02:01:15 | 21 | writing and filed, but from today until the new trial date |
| 02:01:21 | 22 | there would be no time counted against the government nor the |
| 02:01:25 | 23 | Court with regard to any obligation to try you within a |
| 02:01:28 | 24 | certain period of time. |
| 02:01:29 | 25 |        THE DEFENDANT:  Understood. |

*Mary A. Schweinhagen, RDR, CRR   (937) 512-1604*

| | | |
|---|---|---|
| 02:01:30 | 1 | THE COURT: Understanding that, do you want the |
| 02:01:32 | 2 | Court to grant the continuance? |
| 02:01:34 | 3 | THE DEFENDANT: Yes, Your Honor. |
| 02:01:34 | 4 | THE COURT: And you understand that that continuance |
| 02:01:38 | 5 | would most likely be a considerable continuance? It would |
| 02:01:43 | 6 | probably extend into the mid year. |
| 02:01:45 | 7 | THE DEFENDANT: Yes, Your Honor. |
| 02:01:46 | 8 | THE COURT: Thank you. You can have a seat. |
| 02:01:48 | 9 | Any objection from the government? |
| 02:01:49 | 10 | MR. TABACCHI: No, Your Honor. |
| 02:01:50 | 11 | THE COURT: Well, the Court finds that based upon |
| 02:01:54 | 12 | the presentation of counsel, based upon my understanding of |
| 02:01:59 | 13 | the motion that will be filed with the Court, there is a |
| 02:02:04 | 14 | necessity in this particular case to allow further discovery, |
| 02:02:10 | 15 | analysis, and preparation, and that the discovery is somewhat |
| 02:02:17 | 16 | complex and additional time is needed to examine the discovery |
| 02:02:22 | 17 | and analyze it and make a determination as to how to proceed. |
| 02:02:26 | 18 | The Court further finds that failure to grant the |
| 02:02:30 | 19 | continuance as prayed for by Mr. Higgins through counsel would |
| 02:02:35 | 20 | result in a miscarriage of justice and would deny counsel for |
| 02:02:39 | 21 | the defendant reasonable time necessary for effective |
| 02:02:42 | 22 | preparation. |
| 02:02:43 | 23 | So, therefore, within the factual and legal confines of |
| 02:02:47 | 24 | this cause, the Court does find that the ends of justice in |
| 02:02:55 | 25 | granting this motion outweighs the best interests of the |

| | | |
|---|---|---|
| 02:02:58 | 1 | public and the defendant in a speedy trial.  So, therefore, |
| 02:03:01 | 2 | the Court is going to continue the matter from the previously |
| 02:03:03 | 3 | set trial date, I believe it's February the 18th of 2020, and |
| 02:03:18 | 4 | is reset for July the 27th, 2020, at 9 o'clock.  This will |
| 02:03:24 | 5 | toll any and all speedy trial from today until the July 27, |
| 02:03:29 | 6 | 2020, trial date. |
| 02:03:31 | 7 | The Court would not anticipate any reason at this point |
| 02:03:36 | 8 | in time that would require this Court to continue this matter |
| 02:03:40 | 9 | any further.  This should give everybody an ample opportunity |
| 02:03:44 | 10 | to do what they need to do and to be prepared to go to trial. |
| 02:03:48 | 11 | Final pretrial will then be set for July the 14th, 2020, |
| 02:03:53 | 12 | at 2:30. |
| 02:03:54 | 13 | Anything further to come before the Court? |
| 02:03:58 | 14 | MR. TABACCHI:  No, Your Honor. |
| 02:03:59 | 15 | MR. CICERO:  Nothing else, Judge. |
| 02:04:12 | 16 | THE COURT:  Thank you very much. |
| 02:04:13 | 17 | THE COURTROOM DEPUTY:  All rise.  This court stands |
| 02:04:15 | 18 | in recess. |
| 02:04:16 | 19 | (Proceedings concluded at 2:04 p.m.) |

*Mary A. Schweinhagen, RDR, CRR  (937) 512-1604*

6

CERTIFICATE OF REPORTER

I, Mary A. Schweinhagen, Federal Official Realtime Court Reporter, in and for the United States District Court for the Southern District of Ohio, do hereby certify that pursuant to Section 753, Title 28, United States Code that the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

s/Mary A. Schweinhagen

_____ October 9, 2020

MARY A. SCHWEINHAGEN, RDR, CRR
FEDERAL OFFICIAL COURT REPORTER