IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:18-CR-186 |
| vs. | : | JUDGE THOMAS M. ROSE |
| BRIAN HIGGINS | : | |
| Defendant. | : | |

**MOTION TO WITHDRAW AS COUNSEL AND REQUEST FOR *FARETTA* HEARING**

Now comes undersigned Counsel, Tamara Sack and Paul Laufman, who informs the Court that Defendant, Brian Higgins, has notified us that he wishes to terminate our representation and proceed *Pro Se*.

Accordingly, we, the undersigned Counsel, respectfully move the Court to conduct a *Faretta* hearing at the Court's convenience.

Respectfully submitted,

/s/Tamara S. Sack
Tamara S. Sack (OSC#71163)
130 West Second Street, Suite 310
Dayton, Ohio 45402
Ph: (513) 225-2887
tsacklaw@gmail.com


/s/Paul M. Laufman
Paul M. Laufman (OSC#66667)
Laufman & Napolitano, LLC
4310 Hunt Road
Cincinnati, OH 45242
Ph: (513) 621-5563
plaufman@ln-lawfirm.com

CERTIFICATE OF SERVICE

  I hereby certify that I filed the foregoing Motion to Withdraw as Counsel utilizing the United States District Court's E-Filing CM/ECF system on the 21st day of December 2020.

                /s/Tamara S. Sack
                Tamara S. Sack