January 5, 2021

Ms Tamara Sack, Esq.
130 West Second Street # 310
Dayton, Ohio 45402

Tamara -

In the words of Saint Thomas Aquinas, there are two types of laws, just and unjust. "An unjust law is a human law that is not rooted in eternal law and natural law."

The Government has gone on the record as stating that the FBI (Chicago) have no interest in listening to crimes against the CHILDREN. In fact the Government is quoted as saying that, "I have no right to meet with the FBI or any other law enforcement agency." When is a moral obligation, a right? Am I not an American? Are we not to do right when we see wrong? What we have is the Government in on the Code of Silence. <u>SEE 12/15/20 RECORDING</u>

What I find interesting, is that this is similar to what the former Illinois Attorney General Lisa Madigan wrote in her request for dismissal to my 2017 Qui Tan complaint against public corruption in Chicago. The Illinois Attorney General in that case, based her decision for the dismissal in my complaint as to the "uphill battle" I would have. After seeing no alternative to protect the CHILDREN and to report public corruption, I went to the FBI on April 10, 2019 and again on April 30, 2019 for a "second interview." The misstep the FBI made was when they forgot to "interview" me. In order to recover from such an elementary misjudgment, they created a sham "meeting" on January 21, 2020 where the Government/AUSA forged my signature on an alleged "proffer." <u>SEE 2017 QUI TAN DISMISSAL RESPONSE SEE SA GRAGAN 302's SEE</u> **<u>JANUARY 21, 2021 PROFFER</u>**

It was in this "meeting" that I was asked to wear a wire on a sexual predator as well as, testify against the former powerful Chicago Alderman Edward Burke (not noted in SA Freeman/Keemple 302). I was assured of a meeting within two weeks. Now it is the Government's position that "I have no right to meet with the FBI or any law enforcement." This is probably the most factual statement that has come from the Government. In fact the Government attempted intimidation (superseding indictment) to get me to plea to any crime that is acceptable, I refused. Also in the recorded meeting, Mr. Tabacchi was adamant that I had alleged in my civil complaint that the Confidential Human Source stole "forty one thousand dollars." This is not factual. It truly appears as though the Government/AUSA are not only protecting the Code of Silence, they do not possess the facts of this case. <u>SEE 12/15/20 RECORDING</u> (10:20/12:07 min) <u>SEE FLOW CHART SEE INITIAL CIVIL COMPLAINT  SEE CIVIL AMENDED COMPLAINT</u>

When I refused to take the "midnight offer" of pleading to an offense that is "acceptable to me," the Government levied yet additional charges of witness tampering and wire fraud. In fact, the Government wishes to theorize that I for some reason wish to intimidate the Confidential Human Source(s) in my case from testifying against me. Nothing could be farther from the truth. In fact, I wish to confront my accusers in a court of law (including the rogue AUSA) and have a jury of my peers decide my guilt. SEE SACK 12/16/20 EMAIL

Theodore Roosevelt was quoted, "There should be relentless exposure of and attack upon every evil man, whether politician or businessman, every evil practice, whether in politics, business or social life. I have a moral obligation to report and defy any unjust law; therefore; I will continue my mission of exposing the Government and all parties that are in on the Code of Silence.

It is for these reasons that I must continue to muckrake for the CHILDREN. SEE ESRATI AFFIDAVIT SEE HIGGINS AFFIDAVIT


Respectfully,


Brian

www.whataboutthechildrenrahm.com

P.S. The satire of this whitewash, is that one of the "priorities" of the FBI are to "*combat public corruption at all levels.*"


cc: U.S. Senator Sharrod Brown
    VIA FedEx
    U.S. Congressman Michael Turner
    VIA FedEx