Brent -

As an American, watching what is unfolding before my eyes, I feel compelled to write you a note. As tragic as today's events are, I see the foreshadowing of what is to come, and the world is watching. When the Code of Silence is revealed, it will expose the Government and the protection of sexual predators.

As you are aware, Father Pfleger is on the "memory board." Two years ago, I went to Father Pfleger's office to report crimes against the children. Yesterday, Father Pfleger was removed from St. Sabina parish on aligations of sex crimes against children. <u>SEE FATHER PFLEGER VISIT</u> <u>SEE 1/5/21 FATHER PFLEGER</u>

When the world realizes that the United States Government has no interest for the children (human trafficking), I predict you will be assigned to the USAO-AK office, if you don't lose your license first. I will extend the offer of sitting down with you one final time (by Friday January 8, 2021) as this country is in peril and there will be no recovery.

Brian