## Tabacchi, Brent (USAOHS)

**From:** brian higgins
**Sent:** Wednesday, December 30, 2020 7:13 PM
**To:** Tamara Sack; Code of Silence
**Cc:** Tabacchi, Brent (USAOHS); DeVillers, David (CRM); Ellis, Corey (USAEO); Division, Criminal (CRM); marie_
**Subject:** The Children

Tamara -

In the words of Sir Walter Scott... "Oh, what a tangled web we weave, when first we practice to deceive." It appears that the Government's (Mr. Tabacchi's) motion(s) are attracting more eyes on this case. Things are moving faster than predicted. The end is imminent, we will be forced to talk about the CHILDREN. My final offer stands, very soon this case will take on a life of its own.

I will continue to pray for all involved, this doesn't seem to have a good ending. Stephen Wragg Jr is ready to tell his truth as we are securing a publicist for the world to see what the Government (Mr. Tabacchi) thinks of the CHILDREN.

Respectfully,

Brian

www.whataboutthechildrenrahm.com