# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA**

        Plaintiff,

**-vs-**                                                      Case No.  3:18-CR-186

**BRIAN HIGGINS**

        Defendant.

---

## ENTRY AND ORDER STRIKING DEFENDANT's AFFIDAVIT (DOC. 64)

---

On January 29, 2021, Defendant personally filed an "Affidavit of Brian Higgins" (Doc.64). Hybrid representation is prohibited. That document is hereby **STRUCK**.

DONE AND ORDERED in Dayton, Ohio this Monday, February 1, 2021.

*s/Thomas M. Rose*

_____

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE