UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA                                 CASE NO. 3:18-CR-00186

        Plaintiff                                                                          JUDGE THOMAS M. ROSE

Vs.

BRIAN HIGGINS

        Defendant

MOTION TO FILE DOCUMENT UNDER SEAL

    Now comes the undersigned CJA Counsel for the Defendant, Brian Higgins, and respectfully moves the Court for permission to file a document under seal.

MEMORANDUM IN SUPPORT

    As grounds for this Motion, Mr. Higgins is set for Trial on his Second Superseding Indictment for Mail Fraud and Witness Tampering and Intimidation, pursuant to 18 USC §§ 1341, 1512(d)(1), 1513(e) and §2.

    The Trial is presently set to commence on March 29, 2021 and it is necessary for us, the undersigned Counsel, to issue Subpoenas.  Therefore, we, the undersigned Counsel, wish to file the Applications for the Issuance of Subpoenas with the Court, under seal.

Respectfully submitted,

/s/Tamara S. Sack
Tamara S. Sack (OH#0071163)
130 W. Second St., Suite 310
Dayton, OH 45402
Ph: (513) 225-2887
Tsacklaw@gmail.com

/s/Paul M. Laufman<br>
Paul M. Laufman (OSC#66667)<br>
Laufman & Mapolitano, LLC<br>
4310 Hunt Road<br>
Cincinnati, OH 45242<br>
Ph: (513) 621-5563<br>
plaufman@LN-lawfirm.com

CERTIFICATE OF SERVICE

I hereby certify that I filed the within Motion utilizing the CM/ECF filing system maintained by the U.S. Clerk of Courts, on February 22, 2021.

/s/Tamara S. Sack<br>
Tamara S. Sack, 0071163

2