**Chris A. Johnson, JD**
**Highbanks Insurance Professionals**
318 S. Broadleigh Road
Columbus, OH 43209
614-315-8926
www.hip-consulting.com
chris.johnson@HIP-Consulting.com

### Chris A. Johnson, JD, Expert Witness

### Case List

### 2014

Connor v. Auto Owners Insurance Company
Court of Common Pleas of Butler County
Hamilton, Ohio
Case No. CV 2014 08 2267
Affidavit
For Plaintiff

### 2015

Rojas, et al v. Westfield Insurance Company
Cuyahoga County Common Pleas Court
Cleveland, Ohio
Case No. CV 12 795474
Affidavit
For Plaintiff

Fastline Transport, Inc. v. Great American Insurance Company
Johnson County District Court Court
Johnson County, Kansas
Case No. 14CV07262
Affidavit
For Plaintiff

Arisha Enterprises Inc. v. Western Surety
Circuit Court of Jackson County Missouri
Kansas City, Missouri
Case No. 1316-CV13230
Affidavit
For Plaintiff

**2016**

Donnellen & McCarthy v. Westfield Insurance Company
Hamilton County Court of Common Pleas
Cincinnati, Ohio
Case No. A 14 05895
Affidavit
For Plaintiff

Dean v. Protective Insurance Company
In The Court of Common Pleas of Geauga County
Ohio
Case No. 15 P 420
Affidavit
For Defendant

**2017**

Zkiab v. Allstate
Cuyahoga County Common Pleas Court
Cleveland, Ohio
Case No. 2016-CV-859977
Affidavit & Deposition Testimony
For Plaintiff

Jones v. First Energy Company (self-insured) (on behalf of Defendant)
Union County Court of Common Pleas
Marysville, Ohio
Case No. 15 CV 0201 (Refiled Case No. 14 CV 0174)
Courtroom Testimony
For Defendant

**2018**

Hoskins v. Auto Owners Insurance Company
Adams County Court of Common Pleas
Adams County, Ohio
Case No. CVH 2017 0300
For Defendant

Contemporary Metals, Inc. v. Truck Insurance Exchange
District Court, County of Denver, State of Colorado
Denver, CO
Case No. 17CV34200
Deposition
For Plaintiff

Willows at Highline Homeowners Association, Inc.  v. Philadelphia Indemnity Ins.
Co.
District Court, City and County of Denver, State of Colorado
Denver, CO
Case No. 2018CV30270
Affidavit
For Plaintiff

## 2019

Bluemile v. Hartford Insurance Companies
In The Court of Common Pleas
Franklin County, Ohio
Case No. 18 CV 005663
Deposition
For Plaintiff

Jennifer Daubenmeyer vs. Erie Insurance Company
United State District Court, Northern District of Ohio, Western Division
Case No.: 3:18-cv-01392
Affidavit
For Plaintiff

Brummitt v. Ohio Mutual Insurance Group
In The Court of Common Pleas
Erie County, Ohio
Case No. 2016-CV-0716
For Defendant

Bushok v. Jackson National Life Insurance Co.
IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO
CASE NO. CV-18-903068
Affidavit
For Plaintiff

Swinehart v. Woodville Mutual Insurance Company
Sandusky County Common Pleas
CASE NO. 16CV721
For Defendant

Jamis Companies v. Owners Insurance Company
District Court, City and County of Denver, State of Colorado
CASE NO. 2019CV31813

For Plaintiff

Severy Creek v. Ohio Security Insurance Company
In The United States District Court For The District of Colorado
Civil Action No. 1:19-cv-02240-RM-KMT
For Plaintiff

Kat Construction Management, LLC v. State Farm Fire and Casualty Company
Case 1:19-cv-02258-NYW
In The United States District Court for The District of Colorado
For Plaintiff

National Football Museum, Inc. DBA Pro Football Hall of Fame
v.
Welty Building Co. LTD, et al
In The Court of Common Pleas. Stark County Ohio
CASE NO. 2018CV01239
For Plaintiff (Coverage Opinion Only)

### 2020

Severy Creek Roofing, Inc. v. Auto Owners Insurance Company
Civil Action No. 1:19CV-01507-KMT
In The United States District Court for The District of Colorado
For Plaintiff

CIG v. American Family Insurance Company
CASE NO. 2019CV30549
District Court, City and County of Denver, State of Colorado
For Plaintiff

Ritschard v. Standard Fire Insurance Company (a Travelers Company)
Civil Action No. 1:2019cv01693
In The United States District Court for The District of Colorado
For Plaintiff

Sullivan v. Erie Insurance Company, et al.
In The Court of Common Pleas of Ottawa County, Ohio
Case No. 2020-CV H147
For Defendant

**N.B.  In my Corporate Claims & Counsel roles, I have been designated as a company 30(b)(6) and 30(b)(5) deponent, and have testified approximately 30-35 times in my career in various State and Federal Court actions, as well as Reinsurance Arbitration proceedings, on topics including property, casualty,**

excess and reinsurance coverage disputes, bad faith and extra-contractual claims, and claims of violations of state fair claims and trade practice statutes.