**Chris A. Johnson, JD**
**Highbanks Insurance Professionals**
318 S. Broadleigh Road
Columbus, OH 43209
614-315-8926
www.hip-consulting.com
chris.johnson@HIP-Consulting.com

## Expert Opinion Report – Mr. Brian Higgins - Documents Relied Upon

- Nationstar Mortgage documents
- Assurant insurance policy Certificate
- Balloon Note Addendum To Adjustable Rate Note with Westcor Preliminary Judicial Report
- Nationstar Notice of Assignment and Transaction History
- Claim log notes – Mr. Cooper/Nationstar
- Communication History Profile – Mr. Cooper/Nationstar
- Wright-Patt Credit Union Checking Account Statement
- Check copies
- Correspondence – Assurant letters to Chonda Higgins (August 15, 2014 and 9/4/2014) and Brian Higgins (2/4/2015)
- Correspondence dated November 7, 2014 from law firm Wright & Schulte, LLC to Michael Marshall, United Demolition
- Nationstar Transmittal record with enclosures (Nationstar-000094)
- Certification of Intent to Repair (Nationstar-000095)
- Contractor Acknowledgement of Payment Procedures (Nationstar-000096)
- Second Superseding Indictment
- Assurant/Shawn Joers estimate of repairs to water damage at the Meeker Residence
- Final Judgment And Decree Of Divorce – Brian Higgins v. Chonda Higgins