IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:18-CR-00186 |
| vs. | : | |
| | | JUDGE THOMAS M. ROSE |
| | : | |
| BRIAN HIGGINS | | |
| Defendant. | : | |

## MOTION TO FILE UNDER SEAL

Now comes the undersigned Counsel for Defendant, Brian Higgins, and respectfully moves the Court for an Order permitting Counsel to file Under Seal, a Motion regarding the Defendant.

MEMORANDUM IN SUPPORT

As grounds for this request, this case has drawn public attention and is reported on in the Dayton Daily news. The Motion that Counsel intends to file is not considered newsworthy and concerns an issue entirely unrelated to the case, facts and indictment.   In the respectful opinion of Counsel, the intended Motion should not have public access.

Respectfully submitted,

/s/Tamara S. Sack
Tamara S. Sack (OSC# 0071163)
CJA Counsel for Defendant
130 W. Second St. Suite 1700
Dayton, Ohio 45402
Ph: (513) 225-2887
Email: Tsacklaw@gmail.com


/s/Paul M. Laufman
Paul M. Laufman (OSC# 66667)

CJA Counsel for Defendant
Laufman & Napolitano, LLC
4310 Hunt Road
Cincinnati, Ohio 45242
Ph: (513) 621-5563
plaufman@LN-lawfirm.com

CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing Motion utilizing the United States District Courts' E-Filing CM/ECF system on the 21st day of July 2021.

/s/Tamara S. Sack
Tamara S. Sack