UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

            Plaintiff,

-vs-                                Case No. 3:18-CR-186

BRIAN HIGGINS,

            Defendant.

### ORDER REGARDING MENTAL STATUS EVALUATION

This case is before the Court upon the August 20, 2021, report of Kristin Conlon, Psy.D., Staff Psychologist, to whom Defendant was referred for an examination and evaluation pursuant to title 18 U.S.C. §4241. Copies of the report were sent by electronic mail to Counsel. A conference call regarding the same was held on August 26, 2021, to set the matter for hearing.

Counsel is requested to examine the report carefully and notify the Court at the hearing set for October 6, 2021 at 1:30 p.m., whether they have any objection to the Court's admitting the report into evidence, closing the record without further evidence, and finding on the basis of the report that, as the examining mental health professional concluded, the Defendant is competent to stand trial, and at the time of the commission of the acts constituting the alleged offense, the Defendant did not exhibit symptoms of a major mental illness that would have precluded his ability to appreciate the nature and quality or the wrongfulness of his actions.

**DONE and ORDERED** in Dayton, Ohio, this 26th day of August, 2021.

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT