# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

                Plaintiff,

-vs-                                                          Case No. 3:18-CR-186

BRIAN HIGGINS,

                Defendant.

---

## ORDER REGARDING MENTAL STATUS EVALUATION

---

      This case is before the Court upon the August 20, 2021, report of Kristin Conlon, Psy.D., and Jason V. Dana, Psy.D., Licensed Clinical Psychologists, to whom Defendant was referred for an examination and evaluation pursuant to title 18 U.S.C. §4241. Copies of the report were provided to Counsel.

      At the competency hearing on October 6, 2021, Counsel for the Defendant and Government acknowledged receiving the report of Drs. Conlon and Dana, and stipulated to the ultimate finding of competency contained in said report which was marked as Court Exhibit 1. No further evidence was presented.

      Therefore, based upon the stipulation of Counsel, and the opinions of Drs. Conlon and Dana contained in the forensic report, filed under seal with this Court on October 6, 2021, the Court FINDS the Defendant, Brian Higgins, competent to stand trial.

      **DONE and ORDERED** in Dayton, Ohio, this 7th day of October, 2021.

                                                                                THOMAS M. ROSE, JUDGE
                                                                                UNITED STATES DISTRICT COURT