UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-                                                      Case No. 3:18-CR-186

BRIAN HIGGINS,

    Defendant.

## DETENTION ORDER

Pursuant to the record held in court and by telephone on January 12, 2022, it is the Order of the Court that Defendant shall be placed on Home Detention with Electronic Monitoring under the direction of Pretrial Services. At this time, he is granted release for medical and legal appointments only, and upon prior approval of Pretrial Services.

As of the date of this Order, Defendant shall immediately report to Pretrial Services. In addition, the Defendant shall abide by any other conditions of release as determined appropriate by Pretrial Services.

**DONE** and **ORDERED** in Dayton, Ohio, this 13th day of January, 2022.

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT