UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
CRIMINAL MINUTES - TRIAL

Case No. **3:18-CR-186**        Date: **1/19/2022**
Case Name: **USA v. Brian Higgins**
Ct. Rptr. **Mary Schweinhagen**        Ctrm Deputy: **Liz Penski**

Honorable: **Thomas M. Rose**
Asst. U.S. Attorney: **Brent Tabacchi / Rob Painter**

Docket Entry: Voir Dire Held and Completed 1/10/2022; Jury Trial Began 1/11/2022, Jury Trial held 1/12/2022; Jury Trial 1/13/2022; Jury Trial 1/14/2022; Jury Trial 1/18/2022 ; Jury Trial 1/19/22

USA v. (Defendants listed below):        Attorneys for Defendants:
(1) **Brian Higgins**        (1) **Tamara Sack / Paul Laufman**
  _X_ present __ custody _X_ bond _X_ O.R.        _X_ present _X_ apptd __ retained
(2) _____        (2) _____
  __ present __ custody __ bond __ O.R.        __ present __ apptd __ retained
(3) _____        (3) _____
  __ present __ custody __ bond __ O.R.        __ present __ apptd __ retained
(4) _____        (4) _____
  __ present __ custody __ bond __ O.R.        __ present __ apptd __ retained

_____ Case called and continued to _____ for trial.
_____ Court Trial
**XXX** Jury Trial - The Jury impaneled and sworn in.

SEE SEPARATE LIST FOR WITNESSES AND EXHIBITS.

_____ Case continued to _____ for further trial.
_____ Motion for judgement on acquittal: __ granted __ denied __ submitted
_____ Jury retires to deliberate at:_____
**XXX** Jury returns at**: 1/20/2022 at 8:45 am**
_____ FINDING BY COURT:_____ FILED VERDICT OF: _____
_____ Jury Polled _____ Polling Waived _____ Mistrial declared
_____ Continued to _____ for _____ setting _____ trial _____ further trial.
_____ Referred to Probation Department for PSI
_____ Sentencing set for: _____ .
_____ Ordered defendants _____ be taken into custody; _____ remain on bond.
_____ Probation report waived as to Defendant: _____

SEE SEPARATE SHEET FOR SENTENCING.        Initials of Deputy Clerk: **LP**

Case No. 3:18-CR-186  Date: 1/19/2022  Page: 2

Case Name: USA v. Brian Higgins

Ct Rptr: Mary Schweinhagen  Ctrm Deputy: Liz Penski

| Pltf | | Deft | | Item | Atty | Exam | Time |
|---|---|---|---|---|---|---|---|
| No | Id | No | Id | | | | |
| | | | | Convened | | | 9:15 |
| | | | | Instruction to the Jury by the Court | | | |
| | | | | Chris Johnson, testimony cont. | Dft | Direct | 9:19 |
| | | | | | Gov | Cross | 9:36 |
| | | | | Michael Wright, sworn and testimony | | | |
| | | | | Instruction by the Court | | | |
| | | | | | Dft | Direct | 9:44 |
| | | | | | Gov | Cross | 10:00 |
| | | | | Recess Jury | | | 10:20 |
| | | | | Reconvene w/o Jury | | | |
| | | | | Defense moves to admit exhibits, Admitted without objection | | | |
| | | | | Reconvene w/Jury | | | 11:08 |
| | | | | Defense rests; Instruction to Jury; Jury Recessed | | | 11:10 |
| | | | | In Chambers Conference | | | 12:10 |
| | | | | | | | 12:35 |
| | | | | Reconvene with Jury | | | 12:55 |
| | | | | Closing Statements | | | |
| | | | | Recess | | | 2:05 |
| | | | | Reconvened | | | 2:15 |
| | | | | Closing Statements cont. | | | |
| | | | | | | | 3:50 |
| | | | | Jury cont to 1/20/22 at 8:45 am | | | |
| | | | | | | | |
| | | | | | | | |