# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

                Plaintiff,

-vs-                                      Case No. 3:18-cr-186

BRIAN HIGGINS,

                Defendant.

## ENTRY AND ORDER

This matter is now before the Court pursuant to the remand of the Sixth Circuit affirming the Defendant's convictions and vacating his sentence as it pertains to restitution of this Court's Judgment of May 26, 2022 (Doc. No. 128). Subsequently to the Mandate (Doc. No. 156) having been issued, the Government filed a Notice of Intention Concerning Restitution (Doc. No. 157) in which the United States now declines to seek a further order of restitution and requests the Court to enter a new judgment reflecting no restitution upon the Defendant.

This Court would find that because the Government has chosen not to pursue the issue of restitution, there is nothing further to consider in re-sentencing. Therefore, the COURT ORDERS that Defendant's original sentence in the Judgment (Doc. No. 128) filed May 26, 2022, will be amended to reflect restitution of zero dollars. Except as noted all other provisions of the previously filed judgment shall remain in effect.

IT IS SO ORDERED.

Date: 11/29/2023

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT